**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Alexandria Division

| | |
|---|---|
| In re: | |
| Skin Logic, LLC | Case No. 23-11352-KHK |
| Debtor | (Chapter 11) |
| Harry Kamin, individually and on behalf of BNG Group, LLC<br><br>Plaintiff,<br><br>v.<br><br>Skin Logic, LLC<br><br>Defendant. | AP No. 23-01065-KHK |

## ORDER SETTING FINAL PRE-TRIAL

On March 5, 2024, the Court held an Initial Pretrial Conference on the Complaint to Determine Dischargeablity of Debt (Docket No. 1). Bethany R. Benes, Tracey Michelle Ohm, counsel for Plaintiff, and Maurice Belmont VerStandig, counsel for Defendant, appeared for the hearing. It appearing to the Court that a Final Pre-Trial Conference should be set in this case, it is hereby,

**ORDERED:**

1. The Court will set this matter for a Final Pre-Trial Conference on **Tuesday, September 3, 2024 at 11:00 AM in Courtroom III, United States Bankruptcy Court for the Eastern District of Virginia, 200 S. Washington, St., Alexandria, VA 22314-5405**.

2. The parties shall make expert witness disclosures required by F.R.Civ.P. 26(a)(2), except Rebuttal expert witness disclosures, not later than April 26, 2024.

3. The parties shall make Rebuttal expert witness disclosures by May 14, 2024.

4. All discovery shall be concluded by June 11, 2024.

5. All summary judgment and other dispositive motions shall be filed by July 9, 2024 with response thereto due by August 8, 2024 and replies thereto by August 23, 2024.

6. Exhibits and Witness Lists shall be exchanged by the Final Pre-Trial Conference. Each party shall submit to the Court three binder copies of their exhibits properly bound, indexed and tabbed. The Plaintiff shall number their exhibits. The Defendant shall letter their exhibits. The pages of each exhibit shall be numbered.

7. Objections to Exhibits and Witness Lists shall be filed no later than September 17, 2024.

8. The Clerk shall provide a copy of this order and notice of its entry to all parties to this adversary proceeding.

Date: Mar 19 2024

/s/ Klinette H Kindred
Klinette H. Kindred
United States Bankruptcy Judge

Entered On Docket: Mar 20 2024

**Copies electronically to:**

Tracy Michelle Ohm
*Counsel for Plaintiff*

Maurice VerStandig
*Counsel for Defendant*