UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| In re: | |
|---|---|
| Skin Logic, LLC | Case No. 23-11352-KHK |
| Debtor | (Chapter 11) |
| Harry Kamin, individually and on behalf of BNG Group, LLC<br><br>Plaintiff,<br><br>v.<br><br>Skin Logic, LLC<br><br>Defendant. | AP No. 23-01065-KHK |

### ORDER SETTING FINAL PRE-TRIAL

On March 5, 2024, the Court held an Initial Pretrial Conference on the Complaint to Determine Dischargeablity of Debt (Docket No. 1). Bethany R. Benes, Tracey Michelle Ohm, counsel for Plaintiff, and Maurice Belmont VerStandig, counsel for Defendant, appeared for the hearing. It appearing to the Court that a Final Pre-Trial Conference should be set in this case, it is hereby,

**ORDERED:**

1. The Court will set this matter for a Final Pre-Trial Conference on **Tuesday, September 3, 2024 at 11:00 AM in Courtroom III, United States Bankruptcy Court for the Eastern District of Virginia, 200 S. Washington, St., Alexandria, VA 22314-5405**.

2. The parties shall make expert witness disclosures required by F.R.Civ.P. 26(a)(2), except Rebuttal expert witness disclosures, not later than April 26, 2024.

3. The parties shall make Rebuttal expert witness disclosures by May 14, 2024.

4. All discovery shall be concluded by June 11, 2024.

5. All summary judgment and other dispositive motions shall be filed by July 9, 2024 with response thereto due by August 8, 2024 and replies thereto by August 23, 2024.

6. Exhibits and Witness Lists shall be exchanged by the Final Pre-Trial Conference. Each party shall submit to the Court three binder copies of their exhibits properly bound, indexed and tabbed. The Plaintiff shall number their exhibits. The Defendant shall letter their exhibits. The pages of each exhibit shall be numbered.

7. Objections to Exhibits and Witness Lists shall be filed no later than September 17, 2024.

8. The Clerk shall provide a copy of this order and notice of its entry to all parties to this adversary proceeding.

Date: Mar 19 2024

/s/ Klinette H Kindred
Klinette H. Kindred
United States Bankruptcy Judge

Entered On Docket:  Mar 20 2024

**Copies electronically to:**

Tracy Michelle Ohm
*Counsel for Plaintiff*

Maurice VerStandig
*Counsel for Defendant*

United States Bankruptcy Court

Eastern District of Virginia

Kamin,
    Plaintiff

Skin Logic, LLC,
    Defendant

Adv. Proc. No. 23-01065-KHK

# CERTIFICATE OF NOTICE

District/off: 0422-9     User: CynthiaBa     Page 1 of 2
Date Rcvd: Mar 20, 2024     Form ID: pdford7     Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 22, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| pla | | Harry Kamin, Bethune Benes, PLLC, c/o Bethany Benes, Esq., 3975 Fair Ridge Drive, South Bldg, Suite 246 Fairfax, VA 22033-2911 |
| dft | + | Skin Logic, LLC, 2 Pidgeon Hill Drive, Suite 100, Sterling, VA 20165-6148 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: ustpregion04.ax.ecf@usdoj.gov | Mar 21 2024 01:22:00 | UST smg Alexandria, Office of the U. S. Trustee, 1725 Duke Street, Suite 650, Alexandria, VA 22314-3489 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 22, 2024      Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 20, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Angela L. Shortall | ashortall@3cubed-as.com md70@ecfcbis.com |
| Maurice Belmont VerStandig | on behalf of Defendant Skin Logic LLC mac@mbvesq.com, lisa@mbvesq.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |

District/off: 0422-9 | User: CynthiaBa | Page 2 of 2
Date Rcvd: Mar 20, 2024 | Form ID: pdford7 | Total Noticed: 3

Tracey Michelle Ohm
on behalf of Plaintiff Harry Kamin tracey.ohm@stinson.com porsche.barnes@stinson.com

TOTAL: 3