# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
## ALEXANDRIA DIVISION

|  |  |
|---|---|
| In re:<br><br>SKIN LOGIC, LLC,<br><br>               Debtor.<br><br>HARRY KAMIN,<br>Individually and on behalf of BNG Group LLC,<br><br>               Plaintiffs,<br><br>v.<br><br>SKIN LOGIC, LLC,<br><br>               Defendant. | Case No. 23-11352-KHK<br>Chapter 11, Subchapter V<br><br><br><br><br><br><br><br>Adv. Proc. No. 23-01065-KHK |

## STIPULATION OF DISMISSAL OF ADVERSARY PROCEEDING

On June 11, 2024, this Court entered the Order Granting Motion to Waive Discharge [Dkt. No. 127, Case No. 23-11352-KHK] granting the Motion to Waive Discharge filed by Skin Logic, LLC (the "Debtor") and holding that the Debtor shall not receive a discharge in the above-captioned main bankruptcy case. Plaintiffs Harry Kamin, individually and derivatively on behalf of BNG Group LLC, by and through their undersigned counsel, and Defendant Debtor, by and through its undersigned counsel, pursuant to Rule 41 of the Federal Rules of Civil Procedure, made

| | |
|---|---|
| Marc E. Albert, No. 26096<br>Tracey M. Ohm, No. 77150<br>STINSON LLP<br>1775 Pennsylvania Ave., N.W., Suite 800<br>Washington, DC 20006<br>Tel. (202) 728-3020<br>Fax (202) 572-9943<br>marc.albert@stinson.com<br>tracey.ohm@stinson.com | Bethany R. Benes, No. 85408<br>BETHUNE BENES, PLLC<br>3975 Fair Ridge Drive<br>South Building, Suite 246<br>Fairfax, Virginia 22033<br>Tel.: (703) 260-9325<br>bbenes@bethunebenes.com |

*Counsel for Harry Kamin, individually and on behalf of BNG Group LLC*

CORE/3529060.0002/192141775.1

applicable to this adversary proceeding by Rule 7041 of the Federal Rules of Bankruptcy Procedure, hereby stipulate to the dismissal of the above-captioned adversary proceeding. Each side shall bear its own attorneys' fees and costs.

Dated: September 3, 2024

Respectfully submitted:

/s/ Tracey M. Ohm
Marc E. Albert, No. 2609
Tracey M. Ohm, No. 77150
STINSON LLP
1775 Pennsylvania Ave., N.W., Suite 800
Washington, DC 20006
Tel. (202) 728-3020
Fax (202) 572-9943
marc.albert@stinson.com
tracey.ohm@stinson.com

and

Bethany R. Benes, No. 85408
BETHUNE BENES, PLLC
3975 Fair Ridge Drive
South Building Suite 246
Fairfax, Virginia 22033
Tel.: (703) 260-9325
bbenes@bethunebenes.com

*Counsel for Harry Kamin*

Dated: September 3, 2024

Respectfully submitted:

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
(signed with permission via email)
Bar No. 81556
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012
Phone: (301) 444-4600
Facsimile: (301) 444-4600
mac@dcbankruptcy.com

*Counsel for Skin Logic, LLC*

## CERTIFICATE OF SERVICE

I certify that on this 3rd day of September, 2024, I caused a true and correct copy of the foregoing Stipulation to be served via the Court's ECF system upon all counsel who have entered an appearance in this case as follows:

Tracey Michelle Ohm    tracey.ohm@stinson.com, porsche.barnes@stinson.com

Maurice Belmont VerStandig    mac@mbvesq.com, lisa@mbvesq.com; verstandig.mauricer104982@notify.bestcase.com

/s/ Tracey M. Ohm
Tracey M. Ohm